IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| JAYME FLAWS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:19-cv-06140 |
| AKAL SECURITY, INC., | ) |
| Defendant. | ) |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant Akal Security, Inc. ("Defendant"), hereby submits its Corporate Disclosure Statement and asserts as follows:

1. Defendant Akal Security, Inc.'s parent corporation is KIIT Company, a Nevada Corporation, which owns one-hundred percent (100%) of Akal Security, Inc., a New Mexico corporation.

2. Coastal International Security, Inc., a South Carolina corporation, is an affiliated company of KIIT Company.

3. Defendant states that no publicly held corporations own 10% or more of its stock.

Respectfully submitted,

*/s/ Robert A. Sheffield*
Robert A. Sheffield, Mo. Bar 65362
Whitney L. Fay, Mo. Bar 68061
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO  64106
Telephone:  (816) 627-4400
Facsimile:  (816) 627-4444
rsheffield@littler.com
wfay@littler.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

  I hereby certify that on October 11, 2019, a true and correct copy of the above and foregoing was filed through the Court's electronic filing system and was served on the following counsel of record by e-mail:

Marc N. Middleton
Megan Lowe Stiles
CORNERSTONE LAW FIRM
m.middleton@cornerstonefirm.com
m.stiles@cornerstonefirm.com

ATTORNEYS FOR PLAINTIFF

                */s/ Robert A. Sheffield*
                Attorney for Defendant