# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| JAYME FLAWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 19-06140-CV-SJ-GAF |
| | ) |
| AKAL SECURITY, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER TO SHOW CAUSE

On May 21, 2020, Nevada Smith f/k/a Michael Buesgens ("Smith") submitted a document he entitled "Request Leave to File" on his own behalf, which the Court construes as a Motion for Leave to Intervene pursuant to Rule 24 of the Federal Rules of Civil Procedure.[1] (Doc. # 20). At the end of his Motion, Smith asks the Court to make "decisions" on a number of questions he presents. (*Id.* at pp. 23-25). On their face, the questions presented do not relate to the allegations contained in the Complaint. (*Compare id. with* Doc. # 1-2, pp. 4-22). The parties' responses were due on June 4, 2020. (Doc. # 20). To date, no response has been filed. (*See* Docket Sheet). Accordingly, it is

ORDERED that Plaintiff and Defendant show cause, on or before June 19, 2020, why the Court should or should not grant Smith's Motion for Leave to Intervene.

IT IS FURTHER ORDERED that the Clerk of the Court mail a copy of this Order to Smith at PO Box 294, Morristown, MN 55052.

---

[1] Attached to the document were over 100 pages of documents, which purportedly show Defendant Akal Security, Inc. is misrepresenting itself in corporate disclosure statements. These documents will not be filed in the case unless the Motion to intervene is granted.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: June 8, 2020